INTO THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | MOTION FOR REDUCTION OF TERM |
|       Plaintiff, ) | OF IMPRISONMENT PURSUANT TO |
| vs. ) | 18 U.S.C. Sect. 3582(c)(2) |
| ) | |
| ALVIN NORMAN ) | CASE NO. CR04-0367-01 WHA |
|       Defendant, pro se. ) | |

COMES NOW, ALVIN NORMAN, the Defendant, pro se and untrained in legal procedure, and respectfully moves this Honorable Court for a reduction of term of imprisonment, pursuant to 18 U.S.C. Sect. 3582(c)(2), based on the lowering of a sentencing range by the U.S Sentencing Commission pursuant to 28 U.S.C Sect. 994(o).

In support thereof, the Defendant states as follows:

1. On May 17, 2005, the Defendant was sentence by this Honorable Court to a term of imprisonment of 66 months for Possession With Intent to Sell 5 Grams or More of Cocaine Base (Crack) [21 U.S.C. Sect. 841(a)(1) and (b_(1)(B)(iii)]; Possession of an Unregistered Sawed Off Shotgun [26 U.S.C. Sect. 5861(d)].

2. On November 1, 2007, the Sentencing Guidelines were amended by the U.S. Sentencing Commission lowering the sentencing range for Cocaine Base (Crack) Offenses.

3. Effective March 3, 2008, this amendment is to be applied retroactively as established under 28 U.S.C. Sect. 994(o) and 1B1.10 of the U.S.S.G.

Therefore, the Defendant prays the Court finds him eligible to be resentenced under the retroactively applied amendment.

4. At original sentencing the defendant received a three (3) level reduction for acceptance of responsibility pursuant to 3E1.1 of the U.S.S.G.

5. The Defendant has completed the Bureau Of Prison's Fourty (40) Hour Drug Education Program, and is currently pursuing his G.E.D.

Therefore, based on the foregoing facts, the Defendant respectfully moves this Honorable Court, based of the amendment to the Sentencing Guidelines lowering the sentencing range for Cocaine Base (Crack) Offenses and pursuant to 18 U.S.C. Sect. 3582(c)(2), to reduce the Defendant's term of imprisonment to the statutory minimum of sixty (60) months and enter a new Judgement in a Criminal Case reflecting said change in the Defendant's sentence. The Defendant also welcomes any other further relief which this Honorable Court deems just and fair.

Respectfully Submitted,

Dated: 2-20-08

The foregoing instrument was acknowledged before me on this 20th day of the month of February, 2008.

J. Luna, Case Worker
Authorized by the Act of July 7, 1955
to administer oaths (18 U.S.C. 4004)

Staff Signature

Federal Correctional Institution
La Tuna, P. O. Box 1000
Anthony, New Mexico/Texas 88021

=2=