# UNITED STATES DISTRICT COURT

for

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Venue



## Report on Offender Under Supervision

Name of Offender:        Alvin Norman            Docket No.:  CR 04-00367-01 WHA

Name of Sentencing Judge:    The Honorable William Alsup
United States District Judge

Date of Original Sentence:    May 17, 2005

Original Offense:
Count One: Possession of an Unregistered Sawed-Off Shotgun, 26 U.S.C. § 5861(d), a Class C felony
Count Two: Possession with the Intent to Sell 5 Grams or More of Cocaine Base, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii), a Class B felony
Count Three: Possession with the Intent to Sell Marijuana, 21 U.S.C. § 841(a)(1) and (b)(1)(D), a Class D felony

Original Sentence: 66 months custody on all counts to be served concurrently, 5 years supervised release.
Special Conditions: Special assessment $300; drug treatment; no alcohol; search; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; DNA collection; and shall not be present in a vehicle where the defendant knows any firearms or ammunition are present.

Type of Supervision: Supervised Release        Date Supervision Commenced: December 31, 2009
Assistant U.S. Attorney: Kirsten Ault                Defense Counsel: Stuart Hanlon (Retained)

## Petitioning the Court to Take Judicial Notice

### Cause

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated the standard condition that the offender shall refrain from any unlawful use of a controlled substance. |

> On May 10, 2011, the offender reported to the San Francisco United States Probation Office for an appointment. At that meeting, the offender admitted that he smoked marijuana on May 6, 2011.
>
> Evidence to support this charge is contained in United States Probation chronological record dated May 10, 2011, through the signed statement of the offender and through my testimony.

### Action Taken and Reason

Alvin Norman has completed sixteen months of supervised release. In that time, he has not submitted a prior positive urine sample for drug screening. The offender has also maintained employment as a plummer and has not been involved in new criminal conduct. The offender did complete twelve months of random substance abuse testing without incident.

On May 10, 2011, I directed the offender to report to the San Francisco United States Probation Office to review the conditions of supervision and to submit to a random drug test. At that meeting, the offender admitted to smoking marijuana on May 6, 2011. The offender reported that he has been under stress at home and work and that he made a mistake. We discussed the poor decision and he accepted responsibility. As a result, the offender will submit to increased substance abuse testing and increased supervision.

It is respectfully recommended that the Court take judicial notice of the above listed violation and allow the probation officer to continue to monitor the case.

The Assistant U.S. Attorney has been notified and there are no objections.

Respectfully submitted, Reviewed by:

_____   _____ /for MP
Cristopher Taylor                Marlana R. Peter
U.S. Probation Officer           Supervisory U.S. Probation Officer

Date Signed: May 13, 2011

---

THE COURT ORDERS:
- [x] The Court concurs and takes judicial notice
- [ ] Submit a request to modify supervision
- [ ] Submit a request for warrant
- [ ] Submit a request for summons
- [ ] Other:

May 17, 2011.                    _____
Date                             William Alsup
                                 United States District Judge